IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                           )
         v.             )   Criminal No. 07-392
                           )   (29 U.S.C. § 501(c) and 439(c))
DEBORAH ANTHONY         )

**INDICTMENT**

**COUNTS ONE THROUGH EIGHT**

The Grand Jury charges:

At all times material to this Indictment:

1.   The defendant, DEBORAH ANTHONY, held the office of Financial Secretary of Steelworkers, AFL-CIO, Local 1196 (hereinafter "Local 1196" or "union") for the fiscal years ending December 31, 2003 and December 31, 2004.  The defendant, DEBORAH ANTHONY, also held the position of secretary and bookkeeper for the Local 1196 during the relevant time period.

2.   Local 1196 was a labor organization engaged in an industry affecting interstate commerce within the meaning of Sections 402(I) and (j) of Title 29, consisting of approximately 1,077 members employed at Allegheny Ludlum Corporation in Brackenridge, Pennsylvania.

3.   Local 1196 maintained a checking account for the necessary and ordinary financial needs of the organization at First Commonwealth Bank in Tarentum, Pennsylvania (hereinafter "the Local 1196 account").

4.   The defendant, DEBORAH ANTHONY, as part of her position as Financial Secretary and secretary and bookkeeper, had the authority to write and issue checks from the Local 1196 account for legitimate union purposes.   In order for any check to be negotiated on the Local 1196 account, the signatures of the President, the Financial Secretary, and the Treasurer of the union had to appear on the check.

5.   During the period from on or about January 7, 2004, through on or about December 16, 2004, the defendant, DEBORAH ANTHONY, engaged in a practice of issuing checks to third-party vendors, purportedly for legitimate Local 1196 purposes, when in fact the checks were issued in order to pay for the personal, non-union related expenses of the defendant, DEBORAH ANTHONY.   The defendant, DEBORAH ANTHONY, selected third-party vendors whose names were identical or similar to vendors used by the Local 1196 for legitimate union purposes.   The defendant, DEBORAH ANTHONY, then issued checks to those vendors and obtained the signatures of the President and Treasurer on the checks under the guise that the checks were issued for legitimate union purposes, when in fact the defendant, DEBORAH ANTHONY, knew that checks were issued in order to pay for the personal, non-union related expenses of the defendant, DEBORAH ANTHONY.

6.   In addition, during the period from on or about December 1, 2003 through on or about December 2, 2004, the

2

defendant, DEBORAH ANTHONY, engaged in a practice of issuing Local 1196 checks to herself for no legitimate union purposes, in order to take unauthorized sums of money from the Local 1196 account. The defendant, DEBORAH ANTHONY, issued checks to herself and obtained the signatures of the  President and the Treasurer on the checks under the guise that the checks were issued as legitimate compensation and benefits for services she performed for the union.

7.   On or about the dates listed below, within the Western District of Pennsylvania, the defendant, DEBORAH ANTHONY, while an employee, that is, Financial Secretary and secretary and bookkeeper, of the Local 1196, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of said labor organization, in the approximate amounts listed below, each identified check number, date and amount representing a separate count:

3

| COUNT | CHECK NUMBER | PAYEE | DATE | AMOUNT |
|:---:|:---:|:---:|:---:|:---:|
| 1 | 35898 | Deborah Anthony | 12/31/03 | $1,245.45 |
| 2 | 35921 | T.W. Peoples Gas and Oil | 1/7/04 | $220.00 |
| 3 | 36178 | HRLOOM EQ | 4/12/04 | $408.00 |
| 4 | 36183 | GECC | 4/12/04 | $399.00 |
| 5 | 36200 | Deborah Anthony | 4/30/04 | $1,280.00 |
| 6 | 36495 | Deborah Anthony | 9/1/04 | $1,122.38 |
| 7 | 36779 | Deborah Anthony | 12/2/04 | $1,851.48 |
| 8 | 36828 | Allegheny Power | 12/16/04 | $428.87 |

All in violation of Title 29, United States Code, Section 501(c).

## COUNT NINE

The Grand Jury further charges:

8.    The matters set forth above at paragraphs one through six are hereby re-alleged and incorporated by reference as though fully set forth herein.

9.    From on or about December 1, 2003, through on or about December 31, 2004, in the Western District of Pennsylvania, the defendant, DEBORAH ANTHONY, did willfully make and cause to be made false entries in records required to be maintained by Section 436 of Title 29, United States Code, that is, the cashbook for the Local 1196 account, which are records on matters required to be reported in the annual financial report of the Local 1196 required to be filed with the Secretary of Labor.

In violation of Title 29, United States Code, Section 439(c).

A True Bill,

_____
FOREPERSON

_____
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254